IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDALIWA ANDRUS,<br><br>    Petitioner,<br><br>vs.<br><br>D. K. SISTO, Warden,<br><br>    Respondent. | No. C 08-3948 JSW (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner of the State of California currently incarcerated at California State Prison Solano in Vacaville, California, has filed a petition for a writ of habeas corpus in this Court. Petitioner is seeking review of his criminal conviction from Los Angeles County, which lies within the venue of the Central District of California. *See* 28 USC § 84(b). Petitioner has neither paid the filing fee, nor filed an application to proceed *in forma pauperis*.

Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California forthwith.

IT IS SO ORDERED.

DATED: AUG 2 5 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDALIWA ANDRUS,

    Plaintiff,

v.

D K SISTO et al,

    Defendant.
_____/

Case Number: CV08-03948 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andaliwa Andrus
V90136
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk