1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10
    ANDALIWA ANDRUS,                    )      Case No. CV 08-5733-PSG  (OP)
11                                      )
                                        )      ORDER ADOPTING FINDINGS,
12                   Petitioner,        )      CONCLUSIONS, AND
                                        )      RECOMMENDATIONS OF
13           v.                         )      UNITED STATES MAGISTRATE
                                        )      JUDGE
14   SUSAN S. KIM, Warden,              )
                                        )
15                                      )
                     Respondent.        )
16   _____)

17           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, and the Report and Recommendation of the United States Magistrate

19   Judge, de novo.  The Court concurs with and adopts the findings, conclusions, and

20   recommendations of the Magistrate Judge,

21   / / /

22   / / /

23   / / /

24
25
26
27
28

IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this Report and Recommendation; and (2)  directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  ___May 17, 2010_____

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge